CATHERINE MORAN, Respondent, v. PHILIP STEIN, Defendant, Impleaded with JOSEPH SAMUELS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Application of IRVING BANK-COLUMBIA TRUST COMPANY and Another, as Executors, etc., of PHILIP LOEWENTHAL, Deceased, for a Construction of the Last Will and Testament of Said Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

S. OSGOOD PELL & COMPANY, Respondent, v. CHARLES GEOLY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that a question of fact was presented which should have been submitted to the jury. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

LEWIS L. ROSENTHAL and Another, Doing Business under the Name, etc., Appellants, v. SUSIE C. MOTT and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

EBBA VEECK, Respondent, v. GUSTAV A. VEECK, Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *Harding* v. *Harding* (236 N. Y. 514) and *Tirrell* v. *Tirrell* (232 id. 224). Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Clarke, P. J., dissenting.

SUSAN CARROLL and Another, Appellants, v. AARON BUCHSBAUM COMPANY and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

SUSAN CARROLL and Another, Appellants, v. AARON BUCHSBAUM COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MARY SIENOWSKA, Respondent, v. JOSEPH A. WANGLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

CONSTANTI SIENOWSKA, Respondent, v. JOSEPH A. WANGLER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

ALEX LEITMAN, Doing Business as GLOBE SALES COMPANY, Respondent, v. JACOB PALEY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

MANUFACTURERS TRUST COMPANY, Appellant, v. AMALGAMATED TIRE STORES CORPORATION and Others, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of EMPIRE TRUST COMPANY, as Substituted Trustee under the Last Will and Testament of ANNIE P. SCHLOSS, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.